Deutsche Bank v. Keeler [5] ............. 1534 MDA 2015 07/06/2016 2008–1211
Appeal (Franklin)
dismissed

Com. v. Hynes ...................... 1587 MDA 2015 07/06/2016 CP–40–CR–0004484–
Reversed and 2014
Remanded (Luzerne)

Com. v. Matos ...................... 1608 MDA 2015 07/06/2016 CP–14–CR–0001140–
Affirmed 2014
(Centre)

Com. v. McAllister .................. 1613 MDA 2015 07/06/2016 CP–40–CR–0003155–
Affirmed 2014
Application to (Luzerne)
Withdraw as
Counsel
Granted

Com. v. Murray ..................... 1664 MDA 2015 07/06/2016 CP–08–CR–0000177–
Reversed and 2015
Remanded (Bradford)

Com. v. Gilbert ..................... 1711 MDA 2015 07/06/2016 CP–36–CR–0005996–
Vacated and 2007
Remanded (Lancaster)

Com. v. Minaya ..................... 2066 MDA 2015 07/06/2016 CP–28–CR–0000094–
Affirmed 2015
(Franklin)

Com. v. Leh ........................ 2088 MDA 2015 07/06/2016 CP–06–CR–0002816–
Affirmed 2015
Application to (Berks)
Withdraw as
Counsel
Granted

Com. v. Kaspar ..................... 2097 MDA 2015 07/06/2016 CP–01–CR–0000462–
Vacated and 2010
Remanded (Adams)

In re A.P.; Appeal of J.P. ............. 2250 MDA 2015 07/06/2016 A–44 of 2015
Affirmed (Lackawanna)

In re Relinquishment of J.P. .......... 2251 MDA 2015 07/06/2016 2015–00045
Affirmed (Lackawanna)

Com. v. Davila–Santana, T. ........... 20 MDA 2016 07/06/2016 CP–36–CR–0003834–
Affirmed 2011
Application to (Lancaster)
Withdraw as
Counsel
Granted

N.M.M. v. L.M. ..................... 157 MDA 2016 07/06/2016 8322 of 2013
Vacated and (Luzerne)
Remanded

In the Interest of: S.D.M. ............. 222 MDA 2016 07/06/2016 6 OC of 2015
Affirmed (Tioga)

Com. v. Pryor....................... 74 WDA 2015 07/06/2016 CP–02–CR–0011693–
Affirmed 2014
(Allegheny)

5. Petition for reargument denied August 15, 2016.